IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICIA DIANE ZARYCHTA                                                PLAINTIFF
ADC # 750461

v.                           NO. 5:07cv00254-JMM/BD

ARKANSAS DEPARTMENT OF COMMUNITY
CORRECTION, et al.                                                     DEFENDANTS

## RECOMMENDED DISPOSITION

I.   **Procedure for Filing Objections**

The following recommended disposition has been sent to United States District Court Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date you receive the Recommended Disposition. A copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

   Clerk, United States District Court
   Eastern District of Arkansas
   600 West Capitol Avenue, Suite A149
   Little Rock, AR 72201-3325

**II.     Background**

On October 4, 2007, Plaintiff filed a *pro se* Complaint under 42 U.S.C. § 1983 (docket entry #2). By Order of October 10, 2007 (#2), Plaintiff was directed to file an application to proceed *in forma pauperis* or to pay the statutory filing fee of $350.00 within thirty days in order to proceed with this action. Plaintiff was further notified that failure to comply with the Court's order could result in dismissal of her case. Plaintiff has not responded to the Court and the time for doing so has passed.

**III.    Conclusion**

The Court recommends that the District Court dismiss the Complaint without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order of October 10, 2007.

DATED this 27th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE