IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICIA DIANE ZARYCHTA                                                         PLAINTIFF
ADC # 750461

v.                             NO. 5:07cv00254-JMM/BD

ARKANSAS DEPARTMENT OF COMMUNITY
CORRECTION, et al.                                                              DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Complaint is dismissed without prejudice pursuant to Local Rule 5.5(c)(2) of the United States District Court for the Eastern District of Arkansas for failure to comply with the Court's Order of October 10, 2007.

IT IS SO ORDERED, this 12th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE