## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**PATRICIA DIANE ZARYCHTA**  **PLAINTIFF**
**ADC # 750461**

v.                NO. 5:07cv00254-JMM/BD

**ARKANSAS DEPARTMENT OF COMMUNITY**
**CORRECTION, et al.**            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 12th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE